17-0019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lisa M. Keyser<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  13-70218 JAD |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PENNYMAC CORP. in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  /s/  **Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090