# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 13-70218-JAD |
| Lisa M. Keyser, | : |
| | : CHAPTER 13 |
| **Debtor** | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 21st day of March, 2017, a true and correct copy of the Order dated March 20, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

ARBUTUS PARK MANOR
207 OTTAWA STREET
JOHNSTOWN, PA 15904

LISA M. KEYSER
2608 GRAHAM AVENUE
WINDBER, PA 15963

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>March 21, 2017</u> | <u>/s/Kenneth P. Seitz, Esquire</u> |
| | Kenneth P. Seitz, Esquire |
| | PA I.D. # 81666 |
| | The Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA 15658 |
| | (814) 536-7470 |
| | Attorney for Debtor |