**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-70218-JAD |
|    Lisa M. Keyser, | : | |
|          Debtor | : | Chapter 13 |
| | : | |
| Lisa M. Keyser, | : | Docket No. 45 |
|          Movant | : | |
|    vs. | : | |
| | : | |
| Atlantic Credit and Finance, Inc. | : | |
| assignee from Capital One Bank, | : | |
|          Respondent | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION**
**TO AVOID JUDICIAL LIEN WITH ATLANTIC CREDIT AND FINANCE, INC.**
**ASSIGNEE FROM CAPITAL ONE BANK**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **October 9, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on **Friday, October 20, 2017, at 1:30 PM,** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: <u>September 21, 2017</u>           Attorney for Movant:

                                                                           <u>/s/ Kenneth P. Seitz, Esquire</u>
                                                                           Kenneth P. Seitz, Esquire
                                                                           PA I.D. # 81666
                                                                           Law Offices of Kenny P. Seitz
                                                                           P.O. Box 211
                                                                           Ligonier, PA  15658
                                                                           (814) 536-7470