**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-70218-JAD |
| Lisa M. Keyser, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED SEPTEMBER 27, 2017**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 2nd day of October, 2017, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated September 27, 2017, the Amended Chapter 13 Plan dated September 27, 2017, along with a copy of the Order dated September 29, 2017, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: October 2, 2017

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 13-70218-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Sep 27 09:13:23 EDT 2017 | PennyMac Loan Services, LLC<br>c/o Aldridge Connors LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| AES/PHEAA<br>1200 N. 7th Street<br>Harrisburg, PA 17102-1419 | American Credit & Collections, LLC<br>P.O. Box 264<br>Taylor, PA 18517-0264 | American Credit Bureau<br>2755 S Federal Hwy<br>Boynton Beach, FL 33435-7742 |
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 | Atlantic Credit and Finance, Inc.<br>2727 Franklin Road SW<br>Roanoke, VA 24014-1011 |
| CBCS<br>P.O. Box 163006<br>Columbus, OH 43216-3006 | Cambria Somerset Radiology<br>239 Main Street<br>Suite 400<br>Johnstown, PA 15901-1640 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital Tax Collection Bureau<br>P.O. Box 60547<br>Harrisburg, PA 17106-0547 | Chase<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Commonwealth Financial<br>245 Main St<br>Dickson City, PA 18519-1641 |
| Conemaugh Memorial Medical Center<br>Attn: Patient Accounting<br>1086 Franklin Street<br>Johnstown, PA 15905-4305 | Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Credit Management Co<br>2121 Noblestown Road<br>Pittsburg, PA 15205-3956 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Edwin A. Abrahamsen & Associates, P.C.<br>c/o Michael F. Ratchford, Esquire<br>120 N. Keyser Avenue<br>Scranton, PA 18504-9701 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| Financial Recovery Services, Inc<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | HSBC/Boscov's<br>P.O. Box 17642<br>Baltimore, MD 21297-1642 |
| LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |

| | | |
|---|---|---|
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | NCC<br>245 Main Street<br>Dickson City, PA 18519-1641 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PENNYMAC LOAN SERVICES, LLC<br>6101 CONDOR DRIVE SUITE #300<br>MOORPARK, CA 93021-2602 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Pennsylvania Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | Pennsylvania Electric Co.<br>331 Newman Springs Rd.<br>Building 3<br>Red Bank, NJ 07701-5688 | PennyMac Loan Services, LLC<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Fortis Capital IV LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Remit Corp<br>36 W Main St<br>Bloomsburg, PA 17815-1703 | Rui Credit Services In<br>225 Broadhollowrd<br>Melville, NY 11747-4809 | Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Sallie Mae Trust<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Somerset County Tax Claim Bureau<br>300 N. Center Avenue<br>Suite 370<br>Somerset, PA 15501-1470 | The Bureaus<br>1721 Central St<br>Evanston, IL 60201-1507 |
| The Law Office of Edwin A. Abrahamsen<br>& Associates, P.C.<br>120 N. Keyser Avenue<br>Scranton, PA 18504-9701 | WFNNB-Fashion Bug<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | WFNNB/Lane Bryant<br>4590 E Broad Street<br>Columbus, OH 43213-1301 |
| Weltman, Weinberg & Reis Co., L.P.A.<br>c/o James C. Warmbrodt, Esquire<br>436 Seventh Avenue<br>Suite 1400<br>Pittsburgh, PA 15219-1827 | Windber Medical Center<br>ATTN: Cashier<br>600 Somerset Avenue<br>Windber, PA 15963-1397 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Lisa M Keyser<br>2608 Graham Avenue<br>Windber, PA 15963-2130 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PennyMac Corp. | (d)Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | (d)The Remit Corp<br>36 W Main St<br>Bloomsburg, PA 17815-1703 |

End of Label Matrix
Mailable recipients   55
Bypassed recipients    3
Total                 58