**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-70218-JAD |
| Lisa M. Keyser, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Lisa M. Keyser, | : | Docket No. |
| Movant | : | |
| vs. | : | Related to Docket No. 46 |
| | : | |
| LVNV Funding, LLC, | : | Hearing Date & Time: October 20, 2017 |
| Respondent | : | 1:30 PM |

**ORDER**

**AND NOW**, this __13th__ day of __October__, 2017, upon the motion to avoid a judicial lien which impairs an exemption of the Debtor, it is hereby ORDERED and DECREED as follows:

1. The judicial lien, 825-2010 in Somerset County Common Pleas Court, obtained by LVNV Funding, LLC on the Debtor's real property be, and hereby is, declared null and void.

2. The claim, if any, of LVNV Funding, LLC, Claim #11 is to be treated as a general unsecured claim.

BY THE COURT:

Jeffery A. Deller,
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Lisa M. Keyser
Kenneth P. Seitz, Esquire
Michaesl T. Ratchford, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
10/13/17 6:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa M Keyser  
      Debtor

Case No. 13-70218-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: amaz      Page 1 of 1      Date Rcvd: Oct 13, 2017  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.  
db          +Lisa M Keyser,    2608 Graham Avenue,    Windber, PA 15963-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
          ##+Michael F. Ratchford, Esquire,    120 N. Keyser Avenue,    Scranton, PA 18504-9701  
                                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com  
        Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,  
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,  
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        Kenneth P. Seitz    on behalf of Debtor Lisa M Keyser thedebterasers@aol.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                   TOTAL: 7