**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/16/2017

IN RE:

LISA M KEYSER
2608 GRAHAM AVENUE
WINDBER, PA 15963
XXX-XX-8564           Debtor(s)

Case No. 13-70218 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/16/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **PENNYMAC CORP**<br>C/O PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*DK4PMT-LMT*AMD*BGN 4/13 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9520 |
| **SOMERSET COUNTY TAX CLAIM BUR**<br>300 N CENTER AVE STE 370<br>SOMERSET, PA 15501 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PIF/CONF*1330.27/CL*1331@9%/PL*PIF THRU 2014/CR~NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 18370;11-12 |
| **AES/PHEAA\*\***<br>POB 8147**<br>HARRISBURG, PA 17105 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5574 |
| **AMERICAN CREDIT & COLLECTIONS**<br>POB 264<br>TAYLOR, PA 18517 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 14,207.34<br>COMMENT: 1207/SCH*CHASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 16315671 |
| **AMERICAN CREDIT BUREAU INC**<br>POB 4545<br>BOYNTON BEACH, FL 33424 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*HAND & UPPER EX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4161 |
| **ASSET ACCEPTANCE LLC ASSIGNEE WFNNB**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 608.39<br>COMMENT: 2758/SCH*DRESS BARN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8780 |
| **CAMBRIA SOMERSET RADIOLOGY**<br>239 MAIN ST STE 400<br>JOHNSTOWN, PA 15901 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9198 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8839 |
| **CAPITAL TAX COLLECTION BUREAU**<br>ACT 32 COLLECTOR*<br>2301 NORTH THIRD ST<br>HARRISBURG, PA 17110 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PER CAP TAX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4820: 11 |
| **CBCS++**<br>POB 69<br>COLUMBUS, OH 43216 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*CAMBIRA SOMERET RADIOLOGY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9277 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA 18519 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GE MONEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...50N1 |
| **CONEMAUGH MEMORIAL MED CNTR**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905-4398 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9024 |
| **CONEMAUGH MEMORIAL MED CNTR**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905-4398 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3724 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEMORIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4588 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2599 |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA 30353-0210 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 4,144.66<br>COMMENT: 0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8564 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA 17106 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0002 |
| **QUANTUM3 GROUP LLC - AGENT FOR FORTIS C**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 553.03<br>COMMENT: HSBC/BOSCOVS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4312 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,028.20<br>COMMENT: GEMB/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1241 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3726 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** C/O RESURGENT CAPITAL SVCS POB 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 21  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH*HSBC VALUE CITY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...2304 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS** C/O NCO FINANCIAL SYSTEMS INC PO BOX 4275 NORCROSS, GA 30091 | Trustee Claim Number: 22  INT %: 0.00% Court Claim Number: 3 CLAIM: 525.77 COMMENT: 3420/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4434 |
| **MIDLAND CREDIT MANAGEMENT INC** 2365 NORTHSIDE DR STE 300 SAN DIEGO, CA 92108 | Trustee Claim Number: 23  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...7914 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** 245 MAIN ST DICKSON CITY, PA 18519 | Trustee Claim Number: 24  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: GE MONEY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...3550 |
| **PENELEC/FIRST ENERGY**** 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 PO BOX 367 HOLMDEL, NJ 07733 | Trustee Claim Number: 25  INT %: 0.00% Court Claim Number: 15 CLAIM: 2,132.87 COMMENT: | CRED DESC: UNSECURED/LATE FILED ACCOUNT NO.: ...9405 |
| **PA COLLECTION SVCS++** 21 RED WINE DR WASHINGTON, PA 15301 | Trustee Claim Number: 26  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: WINDBER MED CNTR | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8564 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: LANE BRYANT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...4465 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00% Court Claim Number: 14 CLAIM: 941.26 COMMENT: FASHION BUG | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...2597 |
| **REMIT CORP** 36 W MAIN ST POB 7 BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 29  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: WINDBER MED CNTR | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...6239 |
| **REMIT CORP** 36 W MAIN ST POB 7 BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 30  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...2851 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **REMIT CORP**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9758 |
| **REMIT CORP**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6236 |
| **REMIT CORP**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9388 |
| **REMIT CORP**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7063 |
| **REMIT CORP**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9098 |
| **REMIT CORP**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDER MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6237 |
| **RUI CREDIT SERVICES**<br>POB 1349<br>MELVILLE, NY  11747 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*COMCAST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4571 |
| **SALLIE MAE INC\*\***<br>220 LASLEY AVE<br>WILKES-BARRE, PA  18706 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4659 |
| **SALLIE MAE TRUST**<br>C/O SALLIE MAE INC<br>220 LASLEY AVE<br>WILKES-BARRE, PA  18706 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 3,707.47<br>COMMENT: 0714/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8564-9 |
| **THE BUREAUS INC++**<br>C/O RECOVERY MANAGEMENT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1929 |

Case 13-70218-JAD   Doc 60   Filed 11/17/17   Entered 11/17/17 10:56:23   Desc
Page 7 of 8

CLAIM RECORDS

| Creditor | Trustee Claim | Court Claim | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| EDWIN A ABRAHAMSEN ASSOC PC++<br>120 N KEYSER AVE<br>SCRANTON, PA  18504 | 41 | | 0.00 | LVNV | UNSECURED CREDITOR | ...9DMMM |
| REMIT CORP<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | 42 | | 0.00 | WINDER MED CNTR | UNSECURED CREDITOR | ...6236 |
| WINDBER MEDICAL CNTR<br>600 SOMERSET AVE<br>WINDBER, PA  15963 | 43 | | 0.00 | WINDER MED CNTR | UNSECURED CREDITOR | ...9098 |
| REMIT CORP<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA  17815-1703 | 44 | | 0.00 | WINDER MED CNTR | UNSECURED CREDITOR | ...6237 |
| WELTMAN WEINBERG & REIS CO LPA (FORMER<br>C/O KERI EBECK ESQ<br>2500 KOPPERS BUILDING<br>436 7TH AVENUE<br>PITTSBURGH, PA  15219-1842 | 45 | | 0.00 | AVD/OE*ATLANTIC CREDIT & FINANCE*JUDGMENT | UNSECURED CREDITOR | ...2009 |
| WINDBER MEDICAL CNTR<br>600 SOMERSET AVE<br>WINDBER, PA  15963 | 46 | | 0.00 | | UNSECURED CREDITOR | ...274H |
| WINDBER MEDICAL CNTR<br>600 SOMERSET AVE<br>WINDBER, PA  15963 | 47 | | 0.00 | | UNSECURED CREDITOR | ...168H |
| PNC BANK NA<br>POB 94982<br>CLEVELAND, OH  44101 | 48 | 1 | 2,533.79 | NT/SCH | UNSECURED CREDITOR | 5944 |
| PENNYMAC CORP<br>C/O PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | 49 | 4-2 | 985.06 | 986/PL*AMD | MORTGAGE ARR. | 9520*THRU 3/13 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 50 | 6 | 787.80 | NT/SCH*GE MONEY | UNSECURED CREDITOR | 8188 |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.:  3726 |
| POB 10587 | | |
| | CLAIM:  373.43 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  AVD/OE*NT/SCH*CAP ONE | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.:  2304 |
| POB 10587 | | |
| | CLAIM:  68.90 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*HSBC*ARROW*VALUE CITY | |