**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LISA M KEYSER

      Debtor(s)

Ronda J. Winnecour

      Movant

vs.

PENNYMAC CORP
      Respondent(s)

Case No. 13-70218JAD

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 49
Court Claim Number - 4-2

12/12/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LISA M KEYSER

    Debtor(s)

Ronda J. Winnecour

    Movant

vs.

PENNYMAC CORP

    Respondent(s)

Case No.:13-70218JAD

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

LISA M KEYSER, 2608 GRAHAM AVENUE, WINDBER, PA  15963

KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA 15658

PENNYMAC CORP, C/O PENNYMAC LOAN SERVICES LLC, PO BOX 660929, DALLAS, TX  75266-0929

PENNYMAC LOAN SERVICES LLC**, ATTN BANKRUPTCY NOTICING, 6101 CONDOR DR, MOORPARK, CA  93021

ALDRIDGE CONNORS LLP, ATTN: BANKRUPTCY DEPARTMENT, FIFTEEN PIEDMONT CENTER, 3575 PIEDMONT RD NE STE 500, ATLANTA, GA  30305

12/12/2017

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com