IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Lisa M. Keyser | : | Case No.13-70218JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #7 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| American Credit & Collections LLC | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of April 2018, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

American Credit & Collections, LLC
P.O. Box 264
Taylor, PA 18517

Lisa Keyser
2608 Graham Avenue
Windber PA 15963

Kenneth Seitz, Esquire
PO Box 211
Ligonier PA 15658

American Credit & Collections LLC
1 Montage Mountain Road #A
Moosic PA 18507

                                                            _/s/Dianne DeFoor_____
                                                            Office of Chapter 13 Trustee
                                                            US Steel Tower – Suite 3250
                                                            600 Grant Street
                                                            Pittsburgh, PA  15219
                                                            (412) 471-5566
                                                            cmecf@chapter13trusteewdpa.com