IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lisa M. Keyser                                      :        Case No.13-70218JAD
                                                    :        Chapter 13
        Debtor(s)                                   :
Ronda J. Winnecour, Trustee                         :
                                                    :        Re Clm. #10
        Movant(s)                                   :
                                                    :
        vs.                                         :
LVNV Funding LLC , its successors and:
Assigns as assignee of GE Money Bank  :        Hearing Date
        Respondent(s)

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON TRUSTEE'S OBJECTION TO CLAIM

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than May 3, 2018 i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on June 13, 2018, at 10:00 a.m. by Judge Bohm in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA 15901 (Video Conferencing will be available in Courtroom D in Pittsburgh.) Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 4-03-18

                                        By: /s/ Ronda J. Winnecour
                                        Ronda J. Winnecour, PA I.D.30399
                                        Chapter 13 Trustee
                                        US Steel Tower, Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        inquiries@chapter13trusteewdpa.com