IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lisa M. Keyser                                    :    Case No.13-70218JAD
                                                  :    Chapter 13
       Debtor(s)               :
Ronda J. Winnecour, Trustee                       :
                                                  :    Re Clm. #10
       Movant(s)               :
                                                  :
       vs.                     :
LVNV Funding LLC , its successors and:
Assigns as assignee of GE Money Bank  :    Hearing Date
       Respondent(s)

## AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON TRUSTEE'S OBJECTION TO CLAIM

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than May 3, 2018 i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on June 13, 2018, at 10:00 a.m. by Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA 15901 (Video Conferencing will be available in Courtroom D in Pittsburgh.) Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 4-04-18

                                            By: /s/ Ronda J. Winnecour
                                            Ronda J. Winnecour, PA I.D.30399
                                            Chapter 13 Trustee
                                            US Steel Tower, Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 471-5566
                                            inquiries@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Lisa M. Keyser | : | Case No.13-70218JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #10 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| LVNV Funding LLC , its successors and | : | |
| Assigns as assignee of GE Money Bank | : | Hearing Date |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4TH of April 2018, I served one true and correct copy of the foregoing document along with the notice of hearing on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue

LVNV Funding, LLC its successors and assigns as
assignee of GE Money Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns as
assignee of GE Money Bank
200 Meeting Street Suite 206
Greenville SC 29601

Lisa Keyser
2608 Graham Avenue
Windber PA 15963

Kenneth Seitz, Esquire
PO Box 211
Ligonier PA 15658

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com