IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Lisa M. Keyser | : | Case No.13-70218JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #3 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Department Stores National Bank/ | : | |
| Macy's | : | Hearing Date |
| Respondent(s) | | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the Trustee's Objection to Claim No. 3, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 3 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_____
U.S. Bankruptcy Judge