IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lisa M. Keyser                                              :   Case No.13-70218JAD
                                                            :   Chapter 13
      Debtor(s)                  :
Ronda J. Winnecour, Trustee                                 :
                                                            :   Re Clm. #11
      Movant(s)                  :
                                                            :
      vs.                        :
LVNV Funding LLC , its successors and:
Assigns as assignee of Capital One                          :   Hearing Date
Bank (USA), N.A.,                                           :
      Respondent(s)              :

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

    The Objection to Claim that was filed in the above-referenced case on April 03, 2018 (document #76) is hereby WITHDRAWN. Therefore, the hearing scheduled for June 13, 2018, is cancelled.

                        Respectfully submitted

4/10/18                       /s/ Ronda J. Winnecour

                        Ronda J. Winnecour (PA I.D. #30399)
                        Attorney and Chapter 13 Trustee
                        U.S. Steel Tower – Suite 3250
                        600 Grant Street
                        Pittsburgh, PA  15219
                        (412) 471-5566
                        cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Lisa M. Keyser | : | Case No.13-70218JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #11 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| LVNV Funding LLC , its successors and | : | |
| Assigns as assignee of Capital One | : | Hearing Date |
| Bank (USA), N.A., | : | |
| Respondent(s) | : | |

CERTIFICATE OF SERVICE

     I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

LVNV Funding, LLC its successors and assigns as
assignee of Capital One Bank (USA), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns as
assignee of Capital One Bank (USA), N.A.
200 Meeting Street Suite 206
Greenville SC 29601

Lisa Keyser
2608 Graham Avenue
Windber PA 15963

Kenneth Seitz, Esquire
PO Box 211
Ligonier PA 15658

| | |
|---|---|
| 4/10/18 | /S/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |