UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>LISA M KEYSER<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>           Movant<br>   vs.<br>Asset Acceptance LLC<br>           Respondent(s) | Case No. 13-70218JAD<br>Chapter 13<br><br>Related to Docket No. 72 |

**CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM**

---

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection to Claim filed on 4/3/2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection to Claim appears thereon. Pursuant to the Notice of Hearing, Objections to the Trustee's Objection to Claim were to be filed and served no later than 5/3/2018.


05/07/2018                                        /s/ Ronda J. Winnecour
                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
                                                   SUITE 3250 US STEEL TWR
                                                   PITTSBURGH, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com