**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Lisa M. Keyser | Case No.13-70218JAD |
| | Chapter 13 |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| | Re Clm. #3 |
| Movant(s) | |
| | Doc. # 91 and 68 |
| vs. | |
| Department Stores National Bank/ Macy's | |
| | Hearing Date |
| Respondent(s) | |

## ORDER OF COURT

AND NOW, this __21st__ day of __May__, 20__18__, upon consideration of the Trustee's Objection to Claim No. 3, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 3 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_____ jsf
U.S. Bankruptcy Judge

FILED
5/21/18 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-70218-JAD
Lisa M Keyser                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1              Date Rcvd: May 21, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db              +Lisa M Keyser,    2608 Graham Avenue,    Windber, PA 15963-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Kenneth P. Seitz    on behalf of Debtor Lisa M Keyser thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7