**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Lisa M. Keyser | : | Case No.13-70218JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #13 |
| Movant(s) | : | |
| | : | Doc. # 78 |
| vs. | : | |
| LVNV Funding LLC , its successors and: | | |
| Assigns as assignee of Arrow Financial | : | Hearing Date |
| Services | : | |
| Respondent(s) | : | |

## ORDER OF COURT

AND NOW, this __21st__ day of __May__, 20 18 , upon consideration of

the Trustee's Objection to Claim No. 13, and any responses thereto, it is hereby

ORDERED that:

(a) Claim No. 13  filed by the above captioned Respondent is disallowed in its

  entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

jsf

U.S. Bankruptcy Judge

FILED
5/21/18 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-70218-JAD
Lisa M Keyser                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7              User: bsil              Page 1 of 1              Date Rcvd: May 21, 2018
                                 Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db              +Lisa M Keyser,    2608 Graham Avenue,    Windber, PA 15963-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin    on behalf of Creditor   PennyMac Loan Services, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          Jill  Manuel-Coughlin    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          Kenneth P. Seitz    on behalf of Debtor Lisa M Keyser thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 7