**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lisa M. Keyser                                  :    Case No.13-70218JAD
                                                :    Chapter 13
        Debtor(s)                               :
Ronda J. Winnecour, Trustee                     :
                                                :    Re Clm. #14
        Movant(s)                               :
                                                :
    vs.                                         :    Doc. # 89
Portfolio Recovery Associates LLC               :
                                                :    Hearing Date
        Respondent(s)

**ORDER OF COURT**

AND NOW, this __21st__ day of __May__, 20_18_, upon consideration of the Trustee's Objection to Claim No. 14, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 14 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_____ jsf
U.S. Bankruptcy Judge

FILED
5/21/18 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa M Keyser  
     Debtor

Case No. 13-70218-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: May 21, 2018  
     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.  
db     +Lisa M Keyser,   2608 Graham Avenue,   Windber, PA 15963-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

     Andrew F Gornall   on behalf of Creditor   PennyMac Loan Services, LLC andygornall@latouflawfirm.com  
     James Warmbrodt   on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com  
     Jill Manuel-Coughlin   on behalf of Creditor   PennyMac Loan Services, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
     Jill Manuel-Coughlin   on behalf of Creditor   PennyMac Corp. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
     Kenneth P. Seitz   on behalf of Debtor Lisa M Keyser thedebterasers@aol.com  
     Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

     TOTAL: 7