IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LISA M. KEYSER, | : | Bankruptcy No. <u>13-70218JAD</u> |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |
| | : | Doc. # 94 |
| ****************************************************** | : | |
| RONDA J. WINNECOUR, CHAPTER 13 | : | |
| TRUSTEE | : | |
| | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # <u>76</u> |
| | : | |
| LVNV FUNDING LLC, ITS SUCCESSORS AND | : | |
| ASSIGNS AS ASSIGNEE OF CAPITAL | : | |
| ONE BANK (USA), N.A., | : | |
| Respondent(s). | : | |
| | : | |

# ORDER

AND NOW, this **21st** day of **May**, **2018**, it appears to the Court that the movant has filed at Doc. #94 a *Withdrawal of Objection To Claim* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 76 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #76 - *Objection To Claim* for June 13, 2018, at 10:00 AM at Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 is hereby cancelled.

_____jsf_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
    Debtor
    Kenneth P. Seitz, Esq.
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee

FILED
5/21/18 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00021170

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa M Keyser  
     Debtor

Case No. 13-70218-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: May 21, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.  
db         +Lisa M Keyser,    2608 Graham Avenue,    Windber, PA 15963-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC andygornall@latouflawfirm.com  
         James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com  
         Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
         Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Corp. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
         Kenneth P. Seitz    on behalf of Debtor Lisa M Keyser thedebterasers@aol.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 7