# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 13-70218-JAD** |
| Lisa M. Keyser, | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| Lisa M. Keyser, | : | **Docket No. 122** |
| **Movant** | : | |
| v. | : | |
| **No Respondents** | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 13, 2018, at docket number 121, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 13, 2018            By:    Kenneth P. Seitz, Esquire
                                       Signature
                                       Kenneth P. Seitz, Esquire
                                       Name of Filer - Typed
                                       P.O. Box 211, Ligonier, PA 15658
                                       Address of Filer
                                       TheDebtErasers@aol.com
                                       Email Address of Filer
                                       (814) 536-7470
                                       Phone Number of Filer
                                       81666 Pennsylvania
                                       Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**