**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lisa M Keyser**
Debtor(s)

Bankruptcy Case No.: 13−70218−JAD

Chapter: 13
Docket No.: 125 − 124

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of June, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/13/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/24/18 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/13/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 13-70218-JAD
Lisa M Keyser                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur               Page 1 of 2         Date Rcvd: Jun 26, 2018
                              Form ID: 408             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db            +Lisa M Keyser,    2608 Graham Avenue,    Windber, PA 15963-2130
cr            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13595020      +AES/PHEAA,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13595028      +CBCS,    P.O. Box 163006,    Columbus, OH 43216-3006
13595025      +Cambria Somerset Radiology,    239 Main Street,    Suite 400,    Johnstown, PA 15901-1640
13595027      +Capital Tax Collection Bureau,    P.O. Box 60547,    Harrisburg, PA 17106-0547
13595029      +Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13595030      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
13595031      +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
                Johnstown, PA 15905-4305
13604118      +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13595035      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13595038      +HSBC/Boscov's,    P.O. Box 17642,    Baltimore, MD 21297-1642
13595041      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13595043      +NCC,    245 Main Street,    Dickson City, PA 18519-1641
13621207      +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #300,    MOORPARK, CA 93021-2602
13597916      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13595044      +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13595045      +Pennsylvania Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
13691945      +Pennsylvania Electric Co.,    331 Newman Springs Rd.,    Building 3,    Red Bank, NJ 07701-5688
13595046      +PennyMac Loan Services, LLC,    P.O. Box 514387,    Los Angeles, CA 90051-4387
13595052      +Somerset County Tax Claim Bureau,    300 N. Center Avenue,    Suite 370,
                Somerset, PA 15501-1470
13595053      +The Bureaus,    1721 Central St,    Evanston, IL 60201-1507
13595054      +The Law Office of Edwin A. Abrahamsen,    & Associates, P.C.,    120 N. Keyser Avenue,
                Scranton, PA 18504-9701
13595059      +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13595021      +E-mail/Text: seinhorn@ars-llc.biz Jun 27 2018 02:28:33      American Credit & Collections, LLC,
                P.O. Box 264,    Taylor, PA 18517-0264
13595022      +E-mail/Text: bankruptcy@acbhq.com Jun 27 2018 02:27:12      American Credit Bureau,
                2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
13671660      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2018 02:27:45       Asset Acceptance LLC,
                P.O. Box 2036,    Warren, MI 48090-2036
13595023      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2018 02:27:45       Asset Acceptance Llc,
                Po Box 1630,    Warren, MI 48090-1630
13595024      +E-mail/Text: ACF-EBN@acf-inc.com Jun 27 2018 02:27:00      Atlantic Credit and Finance, Inc.,
                2727 Franklin Road SW,    Roanoke, VA 24014-1011
13595026       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2018 02:23:12       Cap One,
                Po Box 85520,    Richmond, VA 23285
13595033      +E-mail/Text: abovay@creditmanagementcompany.com Jun 27 2018 02:28:13       Credit Management Co,
                2121 Noblestown Road,    Pittsburg, PA 15205-3956
13595032      +E-mail/Text: abovay@creditmanagementcompany.com Jun 27 2018 02:28:13       Credit Management Co,
                2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13595036      +E-mail/Text: data_processing@fin-rec.com Jun 27 2018 02:27:14
                Financial Recovery Services, Inc,    P.O. Box 385908,    Minneapolis, MN 55438-5908
13595037       E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:23:39      GE Money Bank,    PO Box 960061,
                Orlando, FL 32896-0061
13595040      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:51       LVNV Funding, LLC,
                P.O. Box 10497,    Greenville, SC 29603-0497
13675521       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:24:21
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13674678       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:19
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13674675       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:20
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13595039      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:24:22       Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
13595042      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2018 02:27:48      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13595047       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2018 02:37:37
                Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
13656758       E-mail/Text: bnc-quantum@quantum3group.com Jun 27 2018 02:27:28
                Quantum3 Group LLC as agent for,    Fortis Capital IV LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13639657       E-mail/Text: bnc-quantum@quantum3group.com Jun 27 2018 02:27:28
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0315-7            User: jfur              Page 2 of 2              Date Rcvd: Jun 26, 2018
                                Form ID: 408            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13595048       +E-mail/Text: bankruptcy@remitcorp.com Jun 27 2018 02:27:51     Remit Corp,   36 W Main St,
                 Bloomsburg, PA 17815-1703
13595050       +E-mail/PDF: pa_dc_claims@navient.com Jun 27 2018 02:23:50      Sallie Mae,   P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13601962       +E-mail/PDF: pa_dc_claims@navient.com Jun 27 2018 02:24:18      Sallie Mae Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13595057       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2018 02:27:17       WFNNB-Fashion Bug,
                 P.O. Box 659728,    San Antonio, TX 78265-9728
13595058       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2018 02:27:18       WFNNB/Lane Bryant,
                 4590 E Broad Street,    Columbus, OH 43213-1301
13595056       +E-mail/Text: BKRMailOps@weltman.com Jun 27 2018 02:27:59
                 Weltman, Weinberg & Reis Co., L.P.A.,    c/o James C. Warmbrodt, Esquire,   436 Seventh Avenue,
                 Suite 1400,    Pittsburgh, PA 15219-1827
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PennyMac Corp.
13678668*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13595051*      +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13595055*      +The Remit Corp,   36 W Main St,   Bloomsburg, PA 17815-1703
13595034      ##+Edwin A. Abrahamsen & Associates, P.C.,   c/o Michael F. Ratchford, Esquire,
                 120 N. Keyser Avenue,   Scranton, PA 18504-9701
13595049      ##+Rui Credit Services In,   225 Broadhollowrd,   Melville, NY 11747-4809
                                                                                          TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Kenneth P. Seitz    on behalf of Debtor Lisa M Keyser thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```