**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LISA M KEYSER<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Repondents. | Case No.:13-70218 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 22, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/22/2013 and confirmed on 5/6/13 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,291.92 |
| Less Refunds to Debtor | 443.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,848.81 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,210.00 | |
|     Trustee Fee | 1,488.61 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,698.61 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC CORP | 0.00 | 30,706.53 | 0.00 | 30,706.53 |
|     Acct: 9520 | | | | |
|   PENNYMAC CORP | 985.06 | 985.06 | 0.00 | 985.06 |
|     Acct: 9520 | | | | |
|   SOMERSET COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX1-12 | | | | |
| | | | | 31,691.59 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,210.00 | 3,210.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA M KEYSER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA M KEYSER | 443.11 | 443.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5574 | | | | |
|   AMERICAN CREDIT & COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX5671 | | | | |
|   AMERICAN CREDIT BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4161 | | | | |
|   ASSET ACCEPTANCE LLC ASSIGNEE WF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8780 | | | | |
|   CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9198 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8839 | | | | |
|   CAPITAL TAX COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX: 11 | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX9277 | | | | |
|   COMMONWEALTH FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX50N1 | | | | |
|   CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9024 | | | | |
|   CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3724 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4588 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2599 | | | | |
|   US DEPARTMENT OF EDUCATION | 4,144.66 | 670.72 | 0.00 | 670.72 |
|     Acct: 8564 | | | | |
|   FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0002 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR FC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4312 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1241 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3726 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2304 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4434 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7914 | | | | |
|   COMMONWEALTH FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3550 | | | | |
|   PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8564 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4465 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2597 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6239 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2851 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9758 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6236 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9388 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7063 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9098 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6237 | | | | |
|   RUI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4571 | | | | |
|   SALLIE MAE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4659 | | | | |
|   SALLIE MAE TRUST | 3,707.47 | 599.97 | 0.00 | 599.97 |
|     Acct: XX64-9 | | | | |
|   THE BUREAUS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1929 | | | | |
|   EDWIN A ABRAHAMSEN ASSOC PC++ | 0.00 | 0.00 | 0.00 | 0.00 |

13-70218 JAD                                                                                                  Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: XXXXDMMM | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX6236 | | | | |
|   WINDBER MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX9098 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX6237 | | | | |
|   WELTMAN WEINBERG & REIS CO LPA (F | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX2009 | | | | |
|   WINDBER MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX274H | | | | |
|   WINDBER MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX168H | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5944 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 787.80 | 127.49 | 0.00 | 127.49 |
|    Acct: 8188 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 373.43 | 60.43 | 0.00 | 60.43 |
|    Acct: 3726 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2304 | | | | |
|   PENELEC/FIRST ENERGY** | 2,132.87 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX9405 | | | | |
| | | | | 1,458.61 |

TOTAL PAID TO CREDITORS                                                                                 33,150.20

```
TOTAL
 CLAIMED              0.00
 PRIORITY           985.06
 SECURED         11,146.23
```

Date: 06/22/2018                                          /s/ Ronda J. Winnecour

                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　LISA M KEYSER<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:13-70218 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                                  Case No. 13-70218-JAD
Lisa M Keyser                                                           Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-7           User: jfur                   Page 1 of 2                  Date Rcvd: Jun 26, 2018
                               Form ID: pdf900              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Lisa M Keyser,    2608 Graham Avenue,    Windber, PA 15963-2130
cr             +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13595020       +AES/PHEAA,    1200 N. 7th Street,   Harrisburg, PA 17102-1419
13595028       +CBCS,   P.O. Box 163006,   Columbus, OH 43216-3006
13595025       +Cambria Somerset Radiology,    239 Main Street,    Suite 400,   Johnstown, PA 15901-1640
13595027       +Capital Tax Collection Bureau,    P.O. Box 60547,   Harrisburg, PA 17106-0547
13595029       +Chase,   Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
13595030       +Commonwealth Financial,    245 Main St,   Dickson City, PA 18519-1641
13595031       +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
                 Johnstown, PA 15905-4305
13604118       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13595035       +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
13595038       +HSBC/Boscov's,    P.O. Box 17642,   Baltimore, MD 21297-1642
13595041       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13595043       +NCC,   245 Main Street,   Dickson City, PA 18519-1641
13621207       +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #300,    MOORPARK, CA 93021-2602
13597916       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13595044       +Penelec,    P.O. Box 3687,   Akron, OH 44309-3687
13595045       +Pennsylvania Collection Service,    P.O. Box 893,   Washington, PA 15301-0893
13691945       +Pennsylvania Electric Co.,    331 Newman Springs Rd.,   Building 3,    Red Bank, NJ 07701-5688
13595046       +PennyMac Loan Services, LLC,    P.O. Box 514387,   Los Angeles, CA 90051-4387
13595052       +Somerset County Tax Claim Bureau,    300 N. Center Avenue,   Suite 370,
                 Somerset, PA 15501-1470
13595053       +The Bureaus,    1721 Central St,   Evanston, IL 60201-1507
13595054       +The Law Office of Edwin A. Abrahamsen,    & Associates, P.C.,    120 N. Keyser Avenue,
                 Scranton, PA 18504-9701
13595059       +Windber Medical Center,    ATTN: Cashier,   600 Somerset Avenue,    Windber, PA 15963-1397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13595021       +E-mail/Text: seinhorn@ars-llc.biz Jun 27 2018 02:28:34      American Credit & Collections, LLC,
                 P.O. Box 264,   Taylor, PA 18517-0264
13595022       +E-mail/Text: bankruptcy@acbhq.com Jun 27 2018 02:27:12      American Credit Bureau,
                 2755 S Federal Hwy,   Boynton Beach, FL 33435-7742
13671660       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2018 02:27:45       Asset Acceptance LLC,
                 P.O. Box 2036,   Warren, MI 48090-2036
13595023       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2018 02:27:45       Asset Acceptance Llc,
                 Po Box 1630,   Warren, MI 48090-1630
13595024       +E-mail/Text: ACF-EBN@acf-inc.com Jun 27 2018 02:27:00      Atlantic Credit and Finance, Inc.,
                 2727 Franklin Road SW,   Roanoke, VA 24014-1011
13595026        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2018 02:24:14       Cap One,
                 Po Box 85520,   Richmond, VA 23285
13595033       +E-mail/Text: abovay@creditmanagementcompany.com Jun 27 2018 02:28:13       Credit Management Co,
                 2121 Noblestown Road,   Pittsburg, PA 15205-3956
13595032       +E-mail/Text: abovay@creditmanagementcompany.com Jun 27 2018 02:28:13       Credit Management Co,
                 2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13595036       +E-mail/Text: data_processing@fin-rec.com Jun 27 2018 02:27:14
                 Financial Recovery Services, Inc,   P.O. Box 385908,    Minneapolis, MN 55438-5908
13595037        E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:24:09      GE Money Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
13595040       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:20       LVNV Funding, LLC,
                 P.O. Box 10497,   Greenville, SC 29603-0497
13675521        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13674678        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13674675        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13595039       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:52       Lvnv Funding Llc,
                 Po Box 740281,   Houston, TX 77274-0281
13595042       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2018 02:27:48      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13595047        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2018 02:24:15
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
13656758        E-mail/Text: bnc-quantum@quantum3group.com Jun 27 2018 02:27:29
                 Quantum3 Group LLC as agent for,   Fortis Capital IV LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13639657        E-mail/Text: bnc-quantum@quantum3group.com Jun 27 2018 02:27:29
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0315-7          User: jfur               Page 2 of 2              Date Rcvd: Jun 26, 2018
                              Form ID: pdf900          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13595048       +E-mail/Text: bankruptcy@remitcorp.com Jun 27 2018 02:27:51      Remit Corp,    36 W Main St,
                 Bloomsburg, PA 17815-1703
13595050       +E-mail/PDF: pa_dc_claims@navient.com Jun 27 2018 02:23:17      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13601962       +E-mail/PDF: pa_dc_claims@navient.com Jun 27 2018 02:24:21      Sallie Mae Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13595057       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2018 02:27:19      WFNNB-Fashion Bug,
                 P.O. Box 659728,    San Antonio, TX 78265-9728
13595058       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2018 02:27:19      WFNNB/Lane Bryant,
                 4590 E Broad Street,    Columbus, OH 43213-1301
13595056       +E-mail/Text: BKRMailOps@weltman.com Jun 27 2018 02:27:59
                 Weltman, Weinberg & Reis Co., L.P.A.,     c/o James C. Warmbrodt, Esquire,    436 Seventh Avenue,
                 Suite 1400,    Pittsburgh, PA 15219-1827
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PennyMac Corp.
13678668*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13595051*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13595055*      +The Remit Corp,    36 W Main St,    Bloomsburg, PA 17815-1703
13595034      ##+Edwin A. Abrahamsen & Associates, P.C.,     c/o Michael F. Ratchford, Esquire,
                 120 N. Keyser Avenue,    Scranton, PA 18504-9701
13595049      ##+Rui Credit Services In,    225 Broadhollowrd,    Melville, NY 11747-4809
                                                                                     TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PennyMac Loan Services, LLC
               andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Kenneth P. Seitz     on behalf of Debtor Lisa M Keyser thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```