**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-70218JAD |
| LISA M KEYSER | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2013.

2) The plan was confirmed on 05/06/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 11/22/2013, 11/08/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 04/02/2018.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $15,823.00.

10) Amount of unsecured claims discharged without payment: $28,125.18.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,291.92 |
| Less amount refunded to debtor | $443.11 |

**NET RECEIPTS:** $37,848.81

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,210.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,488.61 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,698.61

Attorney fees paid and disclosed by debtor:     $490.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES/PHEAA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT & COLLECTIONS | Unsecured | 12,680.00 | 14,207.34 | 0.00 | 0.00 | 0.00 |
| AMERICAN CREDIT BUREAU INC | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | 604.00 | 608.39 | 0.00 | 0.00 | 0.00 |
| CAMBRIA SOMERSET RADIOLOGY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,695.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL TAX COLLECTION BUREAU | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| CBCS++ | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 1,420.00 | NA | NA | 0.00 | 0.00 |
| CONEMAUGH MEMORIAL MED CNT | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| CONEMAUGH MEMORIAL MED CNT | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 526.00 | 525.77 | 0.00 | 0.00 | 0.00 |
| EDWIN A ABRAHAMSEN ASSOC PC+ | Unsecured | 1,332.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,991.00 | 1,028.20 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 373.43 | 373.43 | 60.43 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 68.90 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,595.00 | NA | NA | 0.00 | 0.00 |
| PA COLLECTION SVCS++ | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY** | Unsecured | 2,412.00 | 2,132.87 | 2,132.87 | 0.00 | 0.00 |
| PENNYMAC CORP | Secured | 68,000.00 | 69,061.04 | 0.00 | 30,706.53 | 0.00 |
| PENNYMAC CORP | Secured | 0.00 | 985.06 | 985.06 | 985.06 | 0.00 |
| PNC BANK NA | Unsecured | 2,533.79 | 2,533.79 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 941.00 | 941.26 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 553.00 | 553.03 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - MOI | Unsecured | NA | 787.80 | 787.80 | 127.49 | 0.00 |
| REMIT CORP++ | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RUI CREDIT SERVICES | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC** | Unsecured | 3,572.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE TRUST | Unsecured | 3,667.00 | 3,707.47 | 3,707.47 | 599.97 | 0.00 |
| SOMERSET COUNTY TAX CLAIM BU | Secured | 1,307.00 | 1,330.27 | 0.00 | 0.00 | 0.00 |
| THE BUREAUS INC++ | Unsecured | 7,411.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,470.00 | 4,144.66 | 4,144.66 | 670.72 | 0.00 |
| WELTMAN WEINBERG & REIS CO LP | Unsecured | 5,248.00 | NA | NA | 0.00 | 0.00 |
| WINDBER MEDICAL CNTR | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| WINDBER MEDICAL CNTR | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| WINDBER MEDICAL CNTR | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $30,706.53 | $0.00 |
| Mortgage Arrearage | $985.06 | $985.06 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$985.06** | **$31,691.59** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,146.23** | **$1,458.61** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $4,698.61 | |
| Disbursements to Creditors | $33,150.20 | |
| **TOTAL DISBURSEMENTS** : | | **$37,848.81** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/23/2018                                 By: /s/ Ronda J. Winnecour
                                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**